## STATE, EX REL. ATTORNEY GENERAL v. GUNTER, JUDGE.

(Decided November 24, 1914. Rehearing denied December 15, 1914.)

ORIGINAL petition in the Court of Appeals.

R. C. BRICKELL, Attorney General, for petitioner. HILL, HILL, WHITING & STERN, and R. T. RIVES, for respondent.

PELHAM, P. J.—Mandamus ordered issued on authority of *State, ex rel. Atty. Gen. v. Gunter, Judge,* 11 Ala. App. 399; 66 South. 844.

---

## COOK v. STATE.

(Decided June 30, 1914. Rehearing denied November 10, 1914.)

APPEAL from Sumter County Court.

Heard before Hon. P. B. JARMAN.

THOMAS F. SEALE, for appellant. R. C. BRICKELL, Attorney General for the State.

PELHAM, P. J.—Appeal dismissed on authority of *Frazer v. State,* 11 Ala. App. 286; 66 South. 879.